FILED

07 DEC 12 PM 4:49

BY:                 DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '07 CR 3358 H |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| FRANK MOLINA, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about October 15, 2007, within the Southern District of California, defendant FRANK MOLINA did knowingly and intentionally import 50 kilograms and more, to wit: approximately 66.90 kilograms (147.18 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

DDL:fer:San Diego
12/10/07

## Count 2

On or about October 15, 2007, within the Southern District of California, defendant FRANK MOLINA did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 66.90 kilograms (147.18 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 12, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney

2