FILED

07 DEC 12 PM 4:49

[illegible stamp]

BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '07 CR 3358 H |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| FRANK MOLINA, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Frank Molina</u>, Criminal Case No. 07CR3063-H.

DATED: December 12, 2007.

KAREN P. HEWITT
United States Attorney

/s/ David D. Leshner
DAVID D. LESHNER
Assistant U.S. Attorney