**UNITED STATE V. FRANK MOLINA**
**07CR3358-MLH**

Exhibit A. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Grand Jury Transcript

Exhibit B. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Entire Grand Jury Transcript

07cr3358-MLH