**JODI DENISE THORP**
California State Bar No. 223663
427 C Street, Ste. 300
San Diego, California 92101-5008
Telephone: (619) 233-3169
jodithorp@thorplawoffice.com

Attorneys for Mr. Cornell Jones

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3410-DMS |
| )  Plaintiff, ) | |
| ) v.                                  ) | PROOF OF SERVICE |
| ) **KATHLEEN CORNELL JONES** ) | |
| )  Defendant.                ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    David Leshner, Assistatn United States Attorney's Office
    david.leshner@usdoj.gov,leilani.lamontagne@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: January 17, 2008                        *s/ Jodi D. Thorp*
                                               **JODI DENISE THORP**
                                               jodithorp@thorplawoffice.com