1 **JODI DENISE THORP**
California State Bar No. 223663
2 427 C Street, Ste. 300
San Diego, California 92101-5008
3 Telephone: (619) 233-3169
jodithorp@thorplawoffice.com
4

5 Attorneys for Mr. Molina

6

7          UNITED STATES DISTRICT COURT

8          SOUTHERN DISTRICT OF CALIFORNIA

9             **(HONORABLE MARILYN L. HUFF)**

10 UNITED STATES OF AMERICA,      )    Case No. 07CR07CR3358-MLH
                                  )
11          Plaintiff,             )
                                  )
12 v.                              )    PROOF OF SERVICE
                                  )
13 **FRANK MOLINA,**              )
                                  )
14          Defendant.             )
                                  )
15

16        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

17 best of her information and belief, and that a copy of the foregoing document has been served via

18 CM/ECF this day upon:

19    David Leshner, Assistatn United States Attorney's Office
      david.leshner@usdoj.gov,leilani.lamontagne@usdoj.gov,efile.dkt.gc1@usdoj.gov
20

21

22 Dated: January 17, 2008                    *s/ Jodi D. Thorp*
                                             **JODI DENISE THORP**
23                                           jodithorp@thorplawoffice.com

24

25

26

27

28