1 **JODI DENISE THORP**
California State Bar No. 223663
2 427 C Street, Ste. 300
San Diego, California 92101-5008
3 Telephone: (619) 233-3169
jodithorp@thorplawoffice.com
4

5 Attorneys for Mr. Molina

6

7 UNITED STATES DISTRICT COURT

8 SOUTHERN DISTRICT OF CALIFORNIA

9 **(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Case No. 07CR3358-MLH |
| 11       Plaintiff, | |
| 12  v. | MOTION TO SHORTEN TIME IN FILING DEFENDANT'S MOTIONS |
| 13  **FRANK MOLINA,** | |
| 14       Defendant. | |

16   The above-named defendant, by and through counsel, moves this Court for an order shortening time in Defendant's notice of motions and motions to (docket no. 7) ten (10) days, to be heard January 28, 2008, 2:00 p.m., or as soon thereafter as counsel may be heard, for the following :

   In late December 2007 and early January 2008, counsel was ill for approximately two weeks, thus counsel required additional time to prepare and file motions.

                              Respectfully submitted


Dated: January 17, 2008              *s/ Jodi D. Thorp*
                              **JODI DENISE THORP**
                              jodithorp@thorplawoffice.com