**JODI DENISE THORP**
California State Bar No. 223663
427 C Street, Ste. 300
San Diego, California 92101-5008
Telephone: (619) 233-3169
jodithorp@thorplawoffice.com

Attorneys for Mr. Molina

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR07CR3358-MLH |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **FRANK MOLINA,** ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

David Leshner, Assistatn United States Attorney's Office
david.leshner@usdoj.gov,leilani.lamontagne@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: January 17, 2008         _s/ Jodi D. Thorp_
                                                **JODI DENISE THORP**
                                                jodithorp@thorplawoffice.com