UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3358-MLH |
| Plaintiff, ) | |
| v. ) | PROPOSED ORDER TO SHORTEN TIME IN FILING DEFENDANT'S MOTIONS |
| **FRANK MOLINA,** ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the motion shortening time in filing the defendant's notice of motions and motions (docket no. 9) to be heard January 28, 2008, 2:00 p.m. be granted.

**IT IS SO ORDERED.**

DATED: January 18, 2008

_____
**HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT COURT**