**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169
Fax: (619) 684-3569
email: jodithorp@thorplawoffice.com

Attorneys for Frank Molina

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>FRANK MOLINA<br><br>        Defendant. | CASE NO. 07CR3358-MLH<br><br>DATE: January 28, 2008<br><br>TIME: 2:00 p.m.<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING** |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi D. Thorp, counsel for Frank Molina, along with Assistant United States Attorney David Leshner, that the motion hearing currently scheduled for January 28, 2008, be rescheduled to Monday **, February 25, 2008, at 2:00 p.m.** for motion hearing trial setting.  The defendant is in custody.  The parties agree that time should be excluded under the Speedy Trial Act due to valid pending motions before the Court.

**IT IS SO STIPULATED.**

DATED:       January 24, 2008                    /s/ Jodi D. Thorp
                                                 **JODI D.THORP**
                                                 Counsel for Mr. Molina


DATED:       January 24, 2008                    /s/ David Leshner
                                                 **DAVID LESHNER**
                                                 Assistant United States Attorney