1 **JODI DENISE THORP**
California State Bar No. 223667
2 427 "C" Street, Suite 300
San Diego, California 92101
3 Telephone: (619) 233-3169
Fax: (619) 684-3569
4 email: jodithorp@thorplawoffice.com

5 Counsel for Mr. Molina

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3358-MLH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DATE: January 28, 2008 |
| v. | ) | |
| | ) | TIME: 2:00 p.m. |
| FRANK MOLINA | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED: January 24, 2008          /s/ Jodi D. Thorp
                                 JODI D. THORP
                                 Attorneys for Mr. Molina