UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3358-MLH |
| | ) | |
| Plaintiff, | ) ) | ORDER CONTINUING MOTION HEARING |
| v. | ) | |
| FRANK MOLINA | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the motion hearing currently set for January 28, 2008, be continued to **February 25, 2008, at 2:00 p.m.** Time is excluded under the Speedy Trial Act due to valid pending motions before this Court. The defendant is currently in custody.

**SO ORDERED.**

Dated:  January 24, 2008

**MARILYN L. HUFF**, District Judge
United States District Court