**JODI DENISE THORP**
California Bar No. 223663
427 C Street, Ste. 300
San Diego, Ca. 92101
Telephone: (619) 233-3169, ext. 14
jodithorp@thorplawoffice.com

Attorney for Mr. Molina

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  07CR3358-MLH |
| ) | |
| Plaintiff, ) | DATE:      May 12, 2008 |
| ) | TIME:       9:00 A.M. |
| v. ) | |
| ) | JOINT MOTION TO CONTINUE |
| FRANK MOLINA, ) | SENTENCING HEARING |
| ) | |
| Defendant, ) | |

        Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi Thorp  counsel for Mr. Molina  along with Assistant United States Attorney David Leshner, that the sentencing hearing currently set for May 12, 2008, be rescheduled to August 11, 2008 at 9:00 p.m.  The Defendant is in custody and the parties agree that time is excludable under the Speedy Trial Act.

Dated: May 7, 2008          */s/ Jodi D. Thorp*
                                                 **JODI D. THORP**
                                                 Attorney for Mr. Molina

Dated: May 7, 2008          */s/ David Leshner*
                                                 **DAVID LESHNER**
                                                 Assistant United States Attorney