**JODI DENISE THORP**
California Bar No. 223663
427 C Street, Ste. 300
San Diego, Ca. 92101
Telephone: (619) 233-3169, ext. 14
jodithorp@thorplawoffice.com

Attorney for Mr. Molina

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  07CR3358-MLH |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| FRANK MOLINA, | ) | |
| Defendant, | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this
day upon:

      Assistant United States Attorney
      efile.dkt.gc2@usdoj.gov

      Respectfully submitted,


      /s/    *Jodi D. Thorp*
Dated: May 7, 2008      **JODI D. THORP**
      Attorney for Defendant