# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>FRANCISCO JAVIER MOLINA,<br><br>Defendant. | CASE NO. 07-CR-3358 H<br><br>**ORDER CONTINUING SENTENCING DATE** |
|---|---|

IT IS HEREBY ORDERED, upon the parties' joint motion, that the sentencing hearing currently scheduled for May 12, 2008 at 9:00 a.m. be continued to **August 11, 2008 at 9:00 a.m.** The Court finds that there is excludable time under the Speedy Trial Act. The Defendant is currently in custody.

SO ORDERED.

Dated:   MAY 8, 2008

_____
MARILYN L. HUFF, DISTRICT JUDGE
UNITED STATES DISTRICT COURT